Sarah L. McCoy, Respondent, v The California Insurance Company, Appellant. — Judgment and order affirmed, with costs.

John Leonard, Appellant, v. James F. Herrick and others, Respondents. — Judgment and order affirmed, with costs.

The People of the State of New York, Respondent, v. The Milk Exchange (Limited), Appellant. — Interlocutory judgment overruling a demurrer to the complaint affirmed, with costs, with leave to the defendant to answer upon payment of the costs of the demurrer and of the appeal.

William Curtis, as Administrator. etc., Appellant. v. The Rome, Watertown and Ogdensburg Railroad Company. Respondent. — Judgment affirmed, with costs,

George E. Woods, as Supervisor of the Town of Stockbridge, v. The Board of Supervisors of Madison County. — Held: (1.) The act of the legislature under which plaintiff's claims are made is constitutional and valid. (2) The claims mentioned in the third question stated in the submission are barred by the statute of limitations. (3.) The plaintiff is not entitled to recover the items paid for State taxes mentioned in question one, except those barred as above stated, and judgment therefor is ordered for the plaintiff against the defendant, with costs. The form of judgment to be settled before Hardin, P. J., upon five days' notice.

Rose Spring, Respondent, v. The Life Union, Appellant — Judgment and order affirmed, with costs.

In the Matter of Ambrose H. Carpenter, Creditor, Appellant, for Leave to Sell the Real Property of Eleanor Greenly, Deceased; Edward Sabins and another, Respondent. — Decree of the Surrogate's Court reversed and a new hearing ordered before the Surrogate's Court, with costs to abide the event Held, that the evidence does not show such a dispute, and the rejection of the claim, as to bring the case within the provision of section 1822 of the Code of Civil Procedure.

Mary E. Owens, Appellant, v. Joel A. Omens, Respondent. — Judgment reversed and a new trial ordered, with costs to abide the event.

Mary E. Owens, Respondent, v. Joel A. Omens, Appellant. — Judgment and decision modified by striking therefrom the award of costs to the plaintiff, and as so modified affirmed, without costs of the appeal to either party.

Margaret Rhodes and others, Administrators, etc., Appellants, v. The Elmira, Cortland and Northern Railroad Company, Respondent. — Judgment of the County Court of Tompkins county affirmed, with costs.

In the Matter of the Will of Joseph Van Orman, Deceased; Thomas Van Orman, Appellant. Jacob Van Orman, Respondent.—Decree modified by striking therefrom the award of costs personally against the appellant, and by inserting in lieu thereof a provision charging the same upon, and payable out of, the estate, and as so modified affirmed, without costs of this appeal to either party.

Angeline A. Schouten, Respondent, v. The Town of Lapeer, Appellant. — Order affirmed, without costs.

Samuel R. Mott, as Supervisor of the Town of Madison, v. The Board of Supervisors of the County of Madison. — Held: (1.) That the resolutions of the board of supervisors mentioned in question one, stated in the submission, do not prevent the county from interposing the statute of limitations. (2.) That the plaintiff is entitled to recover the taxes appropriated within six years prior to February 7, 1891, the date of the submission, with interest, and judgment therefor is ordered in favor of the plaintiff against the defendant, with costs. The formula of the judgment to be settled upon five days' notice before Hardin, P. J

Caroline E. Ogden and others, Appellants, v.

George W. Welden, Respondent — Judgment affirmed, with costs. Per Curiam opinion

In the Matter of the Probate of the Last Will of Mary Ann O'Brien, Deceased; James Donlon, Appellant, Patrick F. Bulger and others, Respondents. — Decree and decision modified by limiting the construction of the twentieth provision of the will to the personal estate, and, as so modified, affirmed, with costs to the appellant, payable out of the estate.

Watertown National Bank, Respondent,v. Fonda Lake Paper Company, Appellant. — Judgment affirmed, with costs.

Ellen A Vaughn, Respondent, v. Walter Hughes, Appellant. — Judgment of the County Court of Madison county, affirming a justice's judgment, affirmed, with costs.

Winfield H. Bossout, Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant. — Judgment and order affirmed, with costs.

Morris S Miller, Appellant. v. The New York Central and Hudson River Railroad Company, Respondent. — Judgment and order reversed and new trial ordered, with costs to abide the event. Held whether the plaintiff's servant, at the time of the accident, was guilty of contributory negligence was a question of fact and should have been submitted to the jury.

Stephen B. Banks and another, Appellants, v. William M. Bently, Respondent. — Appeal dismissed, with ten dollars costs and disbursements. (see Kincaid v. Richardson, 25 Hun, 237; Herman v. Stalp, 24 St. Rep., 40; Deiffenbach v. Roch, 112 N. Y , 620.)

George M Johnson, Respondent, v. The Utica and Mohawk Railroad Company, Appellant. — Judgment and order affirmed, with costs

Jacob Block and Simon Block, Respondents, v. Stewart L. Devendorf, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion granted

John J. Vedder, Appellant, v J Peter Davis and Robert J. Davis, Respondents. — Judgment of Herkimer County Court affirmed, with costs.

Marion Shead, Appellant, v. Jeremiah Bauter and Margaret C. Bauter, Respondents. — Judgment reversed and a new trial ordered, with costs to abide the event.

Alfred Wilkinson, Jr., Respondent, v. Charles E. Hubbell, Receiver, etc., Appellant. — Order affirmed.

Charles McCarthy, Appellant, v. Joseph M. Shipway, as Trustee. Respondent. — Judgment of the County Court reversing a justice's judgment affirmed, with costs. Held: (1.) That the Justice's Court committed an error in refusing to strike out the evidence relating to the plaintiff's personal services, as the plaintiff was not entitled to recover for his personal services in the absence of an agreement on the part of the district. (2.) The weight of the evidence is to the effect that plaintiff's bill, when presented to the school meeting, was rejected by the meeting

Wealthy M. Dexter, Appellant, v. John N. Sharp, Respondent. — Judgment affirmed, with costs.

Peter Kissell, Respondent, v. James Casey, Appellant. — Judgment and order affirmed, with costs.

William W. Hare, Appellant, v. John K. Follet, Respondent — Judgment and order affirmed, with costs.

William Duffus v. Eli T. Bangs — Motion denied, without costs.

Almira N. Strever, Respondent, v. Orrin R. Earl, Appellant. — Motion for leave to appeal to the Court of Appeals denied; motion for reargument denied.

Hattie E. Van Allen, Respondent, v. James H. Glass and others, Appellants. — Motion denied.

Jane A. Sherman, Respondent, v. Thomas P. Sherman, Appellant. — Order affirmed, with ten dollars costs and disbursements.

Sidney Wilder, Respondent, v. Henry O. Ballou,